

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

Sunstate Equipment Co, Llc,
   Plaintiff,
v.
Davina Stubblefield,
   Defendant, and
STREAMLINE DIRT WORKS,
   Defendant.
Financial Risk Solution LLC, an
inactive domestic limited liability co.
   Third-Party Defendant

No. CJ-2014-3196
(Civil relief more than $10,000: INDEBTEDNESS)

Filed: 06/04/2014
Closed: 08/16/2016

Judge: Timmons, Aletia Haynes

## PARTIES

Financial Risk Solutions LLC, 3rd Party Defendant
Gran Dealers Mutual Insurance Company, 3rd Party Defendant
STREAMLINE DIRT WORKS, Defendant
Stubblefield, Davina, Defendant
Sunstate Equipment Co, Llc, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Cooper, T. thompson (Bar #15746)<br>119 NORTH ROBINSON 11TH FLOOR<br>OKC, OK 73102 | Financial Risk Solutions LLC, |
| Feiler, Eliot R (Bar #2857)<br>4045 NW 64th St., Suite 510<br>Oklahoma City, OK 73116 | Sunstate Equipment Co, Llc, |



EXHIBIT 1

| Attorney | Represented Parties |
|---|---|
| LEE, EDWARD O (Bar #5334)<br>1300 E. 9TH, SUITE 1<br>EDMOND, OK 73034 | Sunstate Equipment Co, Llc, |
| LEE, JON T (Bar #19860)<br>1300 E. 9TH, SUITE 1<br>EDMOND, OK 73034 | Sunstate Equipment Co, Llc, |
| RICE, RICHARD R (Bar #15129)<br>RICE LAW FIRM<br>1401 S DOUGLAS BLVD SUITE A<br>MWC, OK 73130 | Stubblefield, Davina<br>STREAMLINE DIRT WORKS, |
| SMITH, SHERRY L (Bar #10966)<br>6440 AVONDALE DRIVE<br>SUITE 206<br>OKC, OK 73116 | Gran Dealers Mutual Insurance Company, |
| Welch, Mort G (Bar #09462)<br>6440 AVONDALE DRIVE SUITE 206<br>OKC, OK 73116 | Gran Dealers Mutual Insurance Company, |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, December 4, 2014 at 2:30 PM<br>Plaintiff's Motion to Dismiss | | Bernard M Jones | |
| Thursday, February 19, 2015 at 3:30 PM<br>Third-Party Defendant's Motion to Dismiss | | Bernard M Jones | |
| Thursday, October 22, 2015 at 9:00 AM<br>Motion to Dismiss | | Aletia Haynes Timmons | |
| Thursday, January 7, 2016 at 10:00 AM<br>Motion to Dismiss | | Aletia Haynes Timmons | |
| Tuesday, May 24, 2016 at 10:00 AM<br>Motion to Enter | | Aletia Haynes Timmons | |
| Wednesday, September 7, 2016 at 2:30 PM<br>PRETRIAL CONFERENCE | | Aletia Haynes Timmons | |
| Thursday, September 8, 2016 at 9:00 AM<br>Unopposed Motion to Sever Third Party Claim by Third Party Defendant Grain Dealers Mutual Insurance Company | | Aletia Haynes Timmons | |

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**  Issue: INDEBTEDNESS (INDEBT)
Filed By: Sunstate Equipment Co, Llc
Filed Date: 06/04/2014

| Party Name | Disposition Information |
|---|---|
| **Defendant:** Stubblefield, Davina | Disposed: DISMISSED - WITH PREJUDICE, 08/16/2016. Other |
| **Defendant:** STREAMLINE DIRT WORKS | Disposed: DISMISSED - WITH PREJUDICE, 08/16/2016. Other |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-04-2014 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 06-04-2014 | INDEBT | INDEBTEDNESS | | | |
| 06-04-2014 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 06-04-2014 | PFE1 | PETITION | | | $ 163.00 |
| 06-04-2014 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 06-04-2014 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 06-04-2014 | CCADMIN02 | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS | | | $ 0.20 |
| 06-04-2014 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 2.00 |
| 06-04-2014 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 06-04-2014 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 06-04-2014 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 06-04-2014 | SMF | SUMMONS FEE (CLERKS FEE)X 2 | | | $ 10.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-04-2014 | EAA | ENTRY OF APPEARANCE BY ATTORNEY ELIOT FEILER FOR PLAINTIFF<br>Document Available (#1025618292) 📄TIFF 📄PDF | | Sunstate Equipment Co, Llc | |
| 06-04-2014 | P | PETITION<br>Document Available (#1025720974) 📄TIFF 📄PDF | | | |
| 06-04-2014 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE JONES, BERNARD M TO THIS CASE. | | | |
| 06-04-2014 | ACCOUNT | RECEIPT # 2014-3375486 ON 06/04/2014. PAYOR:ELIOT R. FEILER TOTAL AMOUNT PAID: $223.70.<br>LINE ITEMS:<br>CJ-2014-3196: $173.00 ON AC01 CLERK FEES.<br>CJ-2014-3196: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2014-3196: $0.70 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2014-3196: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2014-3196: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2014-3196: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2014-3196: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2014-3196: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | |
| 07-23-2014 | SERV | RETURN OF SERVICE SVD DAVINA STUBBLEFIELDD 7-19-14<br>Document Available (#1026549378) 📄TIFF 📄PDF | | | |
| 07-23-2014 | SERV | RETURN OF SERVICE SVD STREAMLINE DIRT WORKS 7-19-14<br>Document Available (#1026549374) 📄TIFF 📄PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-07-2014 | EAA | ENTRY OF APPEARANCE BY RICHARD R RICE<br>Document Available (#1026668247) TIFF PDF | | Stubblefield, Davina | |
| 08-21-2014 | A | DEFENDANTS' ANSWER & COUNTERCLAIM TO PLAINTIFF'S PETITION<br>Document Available (#1026555988) TIFF PDF | | | |
| 09-10-2014 | A | PLAINTIFF'S ANSWER TO COUNTERLCAIMS<br>Document Available (#1027064440) TIFF PDF | | | |
| 10-07-2014 | EAA | ENTRY OF APPEARANCE BY EDWARD LEE AND JON LEE ON BEHALF OF PLAINTIFF AND COUNTERCLAIM DEFENDANT SUNSTATE EQUIPMENT CO LLC<br>Document Available (#1027401974) TIFF PDF | | | |
| 10-10-2014 | MO | PLAINTIFF'S MOTION TO DISMISS AND BRIEF IN SUPPORT<br>Document Available (#1027258667) TIFF PDF | | | |
| 10-29-2014 | RESP | DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DISMISS AND BRIEF IN SUPPORT<br>Document Available (#1027719563) TIFF PDF | | | |
| 11-05-2014 | R | PLAINTIFF'S REPLY TO RESPONSE TO MOTION TO MOTION TO DISMISS AND BRIEF IN SUPPORT<br>Document Available (#1027700924) TIFF PDF | | | |
| 12-01-2014 | CTFREE | JUDGE B. JONES; PLAINTIFF'S MOTION TO DISMISS SET 12/4/2014 IS SUSTAINED AS PER JOURNAL ENTRY. HEARING STRICKEN PURSUANT TO DISTRICT COURT RULE 4(H) | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-03-2014 | O | ORDER ON MOTION TO DISMISS<br>Document Available (#1027677110) TIFF<br>PDF | | | |
| 12-05-2014 | DWOP | DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS DAVINA STUBBLEFIELD AKA SORESON, INDIVIDUALLY & DBA STREAMLINE DIRT WORKS COUNTER CLAIMS 1,2, & 3<br>Document Available (#1028059714) TIFF<br>PDF | | | |
| 12-05-2014 | APLI | DEFENDANT'S APPLICATION FOR LEAVE OF COURT TO AMEND ANSWER<br>Document Available (#1027675186) TIFF<br>PDF | | | |
| 12-11-2014 | A | DEFENDANT'S AMENDED ANSWER, COUNTERCLAIM AND THIRD PARTY PETITION<br>Document Available (#1028059851) TIFF<br>PDF | | | |
| 12-11-2014 | JE | JOURNAL ENTRY<br>Document Available (#1027671111) TIFF<br>PDF | | | |
| 01-26-2015 | EAA | ENTRY OF APPEARANCE FOR R. THOMPSON COOPER OF PEGNATO, COOPER KOLKER & ROBERSON PC AS COUNSEL ON BEHALF OF THIRD-PARTY DEFT. FINANCIAL RISK SOLUTIONS LLC<br>Document Available (#1028376426) TIFF<br>PDF | | | |
| 01-26-2015 | MOD | THIRD-PARTY DEFENDANT'S MOTION TO DISMISS, AND BRIEF IN SUPPORT<br>Document Available (#1028400624) TIFF<br>PDF | | | |
| 02-18-2015 | DWP | DISMISSAL WITH PREJUDICE AS TO THIRD PARTY DEFENDANT FINANCIAL RISK SOLUTIONS ONLY<br>Document Available (#1028351988) TIFF<br>PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 02-19-2015 | CTFREE | JUDGE B. JONES; THIRD-PARTY DEFENDANT'S MOTION TO DISMISS - STRICKEN / MOOT | | | |
| 04-13-2015 | A | PLAINTIFF, SUNSTATE EQUIPMENT CO., L.L.C'S ANSWER TO COUNTERCLAIM OF DEFENDANTS, DAVINA STUBBLEFIELD AND STREAMLINE DIRT WORKS<br>Document Available (#1029532584) TIFF PDF | | | |
| 05-11-2015 | MO | PLAINTIFF'S MOTION FOR LEAVE TO FILE ANSWER TO DEFENDANTS' COUNTERCLAIMS OUT OF TIME<br>Document Available (#1029291093) TIFF PDF | | | |
| 05-13-2015 | AGORD | AGREED ORDER ON MOTION FOR LEAVE TO FILE ANSWER TO DEFENDANTS' AMENDED COUNTERCLAIMS OUT OF TIME<br>Document Available (#1029288287) TIFF PDF | | | |
| 06-09-2015 | APLI | DEFENDANT'S APPLICATION FOR LEAVE OF COURT TO AMEND ANSWER<br>Document Available (#1029795663) TIFF PDF | | | |
| 06-10-2015 | JE | JOURNAL ENTRY<br>Document Available (#1029493180) TIFF PDF | | | |
| 06-10-2015 | A | DEFENDANT'S SECOND AMENDED ANSWER, COUNTERCLAIM AND THIRD PARTY PETITION<br>Document Available (#1029794627) TIFF PDF | | | |
| 06-19-2015 | MOD | MOTION TO DISMISS<br>Document Available (#1029780847) TIFF PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-02-2015 | RESP | PLAINTIFF'S RESPONSE TO DEFENDANT, DAVINA STUBBLEFIELD A/K/A SORENSON'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR LEAVE TO AMEND PETITION<br>Document Available (#1029965634) 📄TIFF 📄PDF | | | |
| 08-05-2015 | TEXT | ADMINISTRATIVELY REASSIGNED BY AOC MIS PER HELP DESK CONTACT HD44922 | | | |
| 10-22-2015 | CTFREE | JUDGE TIMMONS: MOTION TO DISMISS - STRICKEN, NO APPEARANCE | | | |
| 11-05-2015 | SMF | SUMMONS FEE | | | $ 5.00 |
| 11-05-2015 | R | DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br>Document Available (#1031230596) 📄TIFF 📄PDF | | | |
| 11-05-2015 | ACCOUNT | RECEIPT # 2015-3736670 ON 11/05/2015. PAYOR:RICE LAW FIRM TOTAL AMOUNT PAID: $5.00.<br>LINE ITEMS:<br>CJ-2014-3196: $5.00 ON AC01 CLERK FEES. | | | |
| 12-02-2015 | A | ANSWER TO THIRD PARTY PETITION OF THIRD PARTY DEFENDANT GRAIN DEALERS MUTUAL INSURANCE COMPANY<br>Document Available (#1031239685) 📄TIFF 📄PDF | | | |
| 12-02-2015 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1031599994) 📄TIFF 📄PDF | | | |
| 12-02-2015 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1031599957) 📄TIFF 📄PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-09-2015 | RET | RETURN OF SERVICE / SUMMONS SERVED - GRAIN DEALERS MUTUAL INSURANCE COMPANY - ON 11-12-15<br>Document Available (#1031211301) 📄TIFF 📄PDF | | | |
| 12-11-2015 | A | AMENDED ANSWER TO THIRD PARTY PETITION OF THIRD PARTY DEFENDANT GRAIN DEALERS MUTUAL INSURANCE COMPANY<br>Document Available (#1031450416) 📄TIFF 📄PDF | | | |
| 01-07-2016 | O | COURT MINUTE \ TIMMONS<br>Document Available (#1031673304) 📄TIFF 📄PDF | | | |
| 01-08-2016 | CTFREE | JUDGE TIMMONS: MOTION TO DISMISS - SUSTAINED, PLAINTIFF GRANTED LEAVE TO AMEND WITHIN 30 DAYS AS PER COURT MINUTE | | | |
| 01-25-2016 | O | ORDER ON DEFENDANT, STUBBLEFIELD'S MOTION TO DISMISS<br>Document Available (#1032162535) 📄TIFF 📄PDF | | | |
| 02-19-2016 | P | FIRST AMENDED PETITION<br>Document Available (#1032351232) 📄TIFF 📄PDF | | | |
| 02-25-2016 | A | DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED PETITION, AND RESTATED COUNTERCLAIM AND THIRD PARTY PETITION<br>Document Available (#1032353426) 📄TIFF 📄PDF | | | |
| 03-09-2016 | A | ANSWER TO THIRD PARTY PETITION OF THIRD PARTY DEFENDANT GRAIN DEALERS MUTUAL INSURANCE COMPANY<br>Document Available (#1032433622) 📄TIFF 📄PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 03-10-2016 | A | PLAINITFF, SUNSTATE EQUIPMENT COMPANY, LLC'S ANSWER TO DEFENDANTS RESTATED COUNTERCLAIM<br>Document Available (#1032342557) 📄TIFF 📄PDF | | | |
| 04-06-2016 | MO | MOTION TO ENTER<br>Document Available (#1032711990) 📄TIFF 📄PDF | | | |
| 05-24-2016 | CTFREE | JUDGE TIMMONS: MOTION TO ENTER - GRANTED, PRETRIAL CONFERENCE SET 9/7/2016 @ 2:30 PM | | | |
| 05-24-2016 | SO | SCHEDULING ORDER \ TIMMONS<br>Document Available (#1032732854) 📄TIFF 📄PDF | | | |
| 07-08-2016 | WL | DEFENDANT DAVINA STUBBLEFIED AKA SORENSON, INDIVIDUALLY & DBA STREAMLINE DIRT WORKS' PRELIMINARY WITNESS AND EXHIBIT LIST<br>Document Available (#1032706093) 📄TIFF 📄PDF | | | |
| 07-15-2016 | MO | UNOPPOSED MOTION TO SEVER THIRD PARTY CLAIM BY THIRD PARTY DEFENDANT GRAIN DEALERS MUTUAL INSURANCE COMPANY<br>Document Available (#1033975666) 📄TIFF 📄PDF | | | |
| 08-02-2016 | AGORD | AGREED ORDER GRANTING SEVERANCE OF THE THIRD PARTY CLAIM OF DEFENDANTS/THIRD PARTY PLAINTIFFS STREAMLINE DIRT WORKS CORP. AND DAVINA SORENSON AKA DAVINA STUBBLEFIELD AGAINT THIRD PARTY DEFENDANT GRAIN DEALERS MUTUAL INSURANCE COMPANY<br>Document Available (#1034086475) 📄TIFF 📄PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-16-2016 | DISPCVDMWP | JOINT MUTUAL DISMISSAL OF CLAIMS AND COUNTERCLAIMS<br>Document Available (#1033694261) 📄TIFF 📄PDF | 1 | Stubblefield, Davina | |
| 08-16-2016 | DISPCVDMWP | JOINT MUTUAL DISMISSAL OF CLAIMS AND COUNTERCLAIMS<br>Document Available (#1033694261) 📄TIFF 📄PDF | 1 | STREAMLINE DIRT WORKS | |
| 09-14-2016 | JM | JOINT MOTION OF THIRD PARTY PLAINTIFF DAVINA STUBBLEFIELD AKA SORENSON, INDIVIDUALLY AND DBA STREAMLINE DIRT WORKS AND STREAMLINE DIRT WORKS CORP. AND THIRD PARTY DEFENDANT GRAIN DEALERS MUTUAL INSURANCE COMPANY TO VACATE THE AGREED ORDER GRANTING SEVERENCE OF THE THIRD PARTY CLAIM<br>Document Unavailable (#1034717737) | | | |