IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| SUNSTATE EQUIPMENT CO., L.L.C., ) | FILED IN DISTRICT COURT OKLAHOMA COUNTY |
| ) | |
| Plaintiff, ) | |
| vs. ) Case No.: | JUN - 4 2014 |
| DAVINA STUBBLEFIELD aka ) | |
| SORENSON, individually & dba ) | TIM RHODES |
| STREAMLINE DIRT WORKS, ) | COURT CLERK |
| ) | 33 _____ |
| Defendants, ) | |

CJ-2014-3196

## PETITION

COMES NOW the Plaintiff and for its cause of action against the Defendants, alleges and states as follows, to-wit:

1. That the Plaintiff is a duly organized and existing corporation, whose business operations in the State of Oklahoma are wholly interstate in character. That the obligation sued upon herein was incurred in interstate commerce and the Defendants are located in Oklahoma County; that this Court has jurisdiction over the parties hereto and venue of the subject matter hereof.

2. The Defendant agreed to make payments to the Plaintiff for merchandise/services rented by contract.

3. That the Defendants have failed, neglected, and refused to pay said obligation and are in default upon the same, and after all just credits and advances have been accounted for, the Plaintiff is entitled to judgment against the Defendants in the sum of $78,893.87 and interest thereon at the rate of 18% from April 14, 2014, until paid, and costs of this action.

4. That the Plaintiff has been required to retain the services of an attorney in this matter and is entitled to a reasonable attorney's fee therefore.

WHEREFORE, Plaintiff demands judgment against Defendants for the sum set forth hereinabove and for interest upon the judgment at the rate provided by contract, court costs and a reasonable attorney's fee, and for all such other and further relief which this Court deems Plaintiff entitled.

**ATTORNEY'S LIEN CLAIMED**

_____
Eliot R. Feiler (#2857)
Attorney for Plaintiff
erfpc@feiler-law.com
4045 N.W. 64th Street, Suite 510
Oklahoma City, OK 73116
(405) 848-1444   Telephone
(405) 848-1412   Facsimile

EXHIBIT 3